DeLoreto / Mitney     300CV435(JCH)

# FRCP 60 (a)(b) Filed Motion

2003 OCT 29 P 12:49
US [...]

1. <u>Clerical Mistakes</u>, the Jury was never given a form for Whapples a defendant in case 300 CV 435 (JCH)

2. Entertain Independant Action

3. Fraud, Mitney was never at the scene!!! <u>Regan</u> was there

4. Relief of Final Judgement, Mistake Neglect, Fraud, Misrepresentation Misconduct by Defendants Void Judgement

On the 27th Day of October 2003

/The Plaintiff     Dante DeLoreto

## Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties of record

Jon Schoenhorn
97 Oak St
Hartford Ct  06106

Jim Tallberg
One State St
Hartford  06123

Scott Karsten
836 Farmington Av
W Hartford  06119

On the 27th Day of October 2003

David Orr