RECEIVED JMG
OCT 29 2003

FILED
2003 NOV 12 P 12:49

US DISTRICT COURT
BRIDGEPORT CT

DeLoreto V Mitney    300CV 435 JCH

Oral Requested; Motion

1. Judge Hall, the lower court still has jurisdiction over ~~the~~ matters enclosed

2. Dante DeLoreto is at a great disadvantage and would like an oral meeting to present FRCP 60 a,b Case 300CV 435 (JCH) and the <u>Facts</u> Sorounding Case 300CV 7077 (JCH)

3. DeLoreto does not have the money to pay Schoenhorn and have him back out of the case because he represent WPD and their Attorney.

On the 27th Day of October 2003
Dante DeL

Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties.

Jon Schoenhorn
97 Oak St
Hartford Ct    06106

Jim Tallberg
72 Russ St
Hartford Ct    06106

Scott Karsten
836 Farmington Ave
W. Hartford Ct

On the 10th Day of November 2003