

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANTE DELORETO, ET AL. | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | NO. 3:00CV435 (JCH) |
| | : | |
| THOMAS MITNEY, HOWARD SHAW | : | |
| AND KEVIN O'LEARY | : | |
| *Defendants.* | : | NOVEMBER 25, 2003 |

### MOTION TO WITHDRAW

Pursuant to Rule 15 of the Local Rules of Civil Procedure, the undersigned attorney hereby moves this Court for permission to withdraw from any further representation of the plaintiff, Dante DeLoreto, in the above-captioned matter. In support hereof, the undersigned states as follows:

1. The attorney-client relationship has broken down irretrievably, and there has been a lack of necessary communication between the plaintiff and counsel, so that the undersigned believes that he can not render effective assistance to said plaintiff.

2. The plaintiff recently filed a grievance with the federal panel against the undersigned, claiming he allowed the defendant's to introduce fraudulent testimony

3. The defendant has retained alternative counsel in the pending appeal in the Second Circuit.

WHEREFORE, the undersigned requests that this motion be granted.

THE PLAINTIFF - DANTE DELORETO

BY: *[signature]*
Jon L. Schoenhorn, Esq.
Federal Bar No. ct00119
JON L. SCHOENHORN & ASSOC.
97 Oak Street
Hartford, CT 06106
Tel. (860) 278-3500

## CERTIFICATION

I hereby certify that a true copy of the foregoing was mailed first-class, postage prepaid, on this 25th day of November, 2003 to:

Scott M. Karsten, Esq.  
Sack, Spector & Karsten, LLP  
836 Farmington Avenue  
West Hartford, CT 06119

James N. Tallberg, Esq.  
Updike, Kelly & Spellacy, P.C.  
One State Street  
Hartford, CT 06123

I further certify that a copy was sent by certified mail to the plaintiff, at the following address:

Dante DeLoreto  
33 Maxwell Drive  
Wethersfield, CT 06109

Jon L. Schoenhorn