FILED

2003 DEC -5  P 12: 22

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DANTE DeLORETO,                              :   CIV. NO. 3:00CV435(JCH)
     Plaintiff,

vs.

THOMAS MITNEY, ET AL.,                       :   DECEMBER 4, 2003
     Defendants.

## MOTION FOR SANCTIONS

Pursuant to Federal Rule of Civil Procedure 11(c)(1)(A),
defendant Howard Shaw hereby moves for the imposition of
monetary sanctions against plaintiff Dante DeLoreto,
individually, for the pro-se filing of a purported Rule 60
motion now scheduled for argument on December 11, 2003.

In light of this plaintiff's flagrant disregard of an order
of this Court in filing said motion, and Mr. DeLoreto's recent
failure to appear at a related proceeding to support his false
allegations, defendant moves also for the reduction of the time
period prescribed in Rule 11(c)(1)(A), within which plaintiff
may withdraw said motion without imposition of sanctions.

Defendant Shaw respectfully requests this Court award as a
sanction the sum of two hundred fifty dollars ($250.00), payable

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE., SUITE 221•WEST HARTFORD, CT 06119-1544•(860) 233-8251•JURIS NO. 52776

to the Town of West Hartford, Connecticut (the "Town"). Said
amount represents a portion of the additional and unnecessary
expense for attorneys' fees to be incurred by the Town in the
event plaintiff fails or refuses to withdraw his Rule 60 motion,
and counsel are required to appear and argue that motion.

A memorandum, supporting affidavit and exhibits are
submitted herewith in accordance with Local Rule 9(a)(1).

WHEREFORE, in the event plaintiff Dante DeLoreto fails to
withdraw his purported Rule 60 motion on or prior to December
10, 2003, defendant Shaw requests this motion be granted.

DEFENDANT, HOWARD SHAW

BY _____

Scott M. Karsten
Federal Bar #ct05277
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT  06119
His Attorney

- 2 -

SACK, SPECTOR AND KARSTEN, LLP • ATTORNEYS AT LAW
836 FARMINGTON AVE., SUITE 221•WEST HARTFORD, CT 06119-1544•(860) 233-8251•JURIS NO. 52776

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 4th day of December, 2003, to the following counsel of record and individual:

Jon L. Schoenhorn & Associates
97 Oak Street
Hartford, CT   06106

James Tallberg, Esquire
Updike, Kelly and Spellacy
One State Street
P.O. Box 231277
Hartford, CT   06123

Norman A. Pattis, Esquire
Williams & Pattis
51 Elm Street
New Haven, CT 06510

Mr. Dante DeLoreto
33 Maxwell Drive
Wethersfield, CT 06109

_____
Scott M. Karsten

- 3 -

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE., SUITE 221•WEST HARTFORD, CT 06119-1544•(860) 233-8251•JURIS NO. 52776