FILED

2003 DEC -5  P 12: 22

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DANTE DeLORETO,                     :    CIV. NO. 3:00CV435(JCH)
    Plaintiff,

vs.

THOMAS MITNEY, ET AL.,              :    DECEMBER 4, 2003
    Defendants.

## MEMORANDUM IN SUPPORT OF
## MOTION FOR SANCTIONS

Under date of October 27, 2003, plaintiff Dante DeLoreto submitted to the Court a document entitled "FRCP 60 (a)(b) Motion" ("Plaintiff's Motion"). Exhibit A. This handwritten document, apparently prepared by Mr. DeLoreto himself, claimed various bases existed for relief from the judgment entered in favor of defendants following the trial of this case to a jury. At the time he filed this motion, Mr. DeLoreto was represented by two attorneys in this lawsuit, which is currently on appeal.

On June 26, 2002, Mr. DeLoreto was explicitly ordered by this Court to file no further pro se pleadings in this case. See Exhibit B. This order came about because, despite his representation by counsel in this and some of the multitude of other civil actions initiated by this plaintiff, Mr. DeLoreto

SACK, SPECTOR AND KARSTEN, LLP • ATTORNEYS AT LAW
836 FARMINGTON AVE., SUITE 221•WEST HARTFORD, CT 06119-1544•(860) 233-8251•JURIS NO. 52776

persisted in filing "pleadings", or documents purporting to be such. The "FRCP 60 (a)(b) motion" at issue here constitutes a flagrant violation of the Court's order.

Plaintiff's Motion, furthermore, fails in innumerable respects to satisfy the good-faith requirements of Rule 11(b) regarding representations to the Court in papers submitted by a party. To the extent the plaintiff's intention can be divined, he appears to now claim: 1) that an officer named Whipple was a defendant, which is manifestly untrue; and 2) that defendant Mitney was not at the scene of the incident, which is flatly contradicted by all of the evidence at trial. Moreover, because this case has been appealed, the District Court no longer retains jurisdiction over it. Plaintiff's motion is thus improper for this reason as well.

Finally, it should be noted by this Court that Mr. DeLoreto's recognized past pattern of filing abusive, vexatious and harassing legal papers of various sorts continues unabated. On December 1, 2003, undersigned counsel, Attorney James Tallberg and Attorney Jon Schoenhorn were all obliged to attend a hearing before the Federal Bar Grievance Committee, to defend

grievances brought by Mr. DeLoreto. As to the undersigned, Mr. DeLoreto complained in his grievance that Officer Shaw was permitted to commit perjury at the trial of this matter, by his testimony confirming the presence of Officer Mitney at the scene of the underlying incident - the same claim as is made in the instant Rule 60 Motion. Having haled the three attorneys into this proceeding, as well six (6) attorney members of the Committee, a court reporter and a clerk, Mr. DeLoreto failed even to appear to support his ludicrous accusations on the record.

    Defendant Shaw recognizes the Court's surfeit of concern for and about this particular pro se plaintiff. Defendant also recognizes the <u>possible</u> absence of a true *mens rea* in plaintiff's conduct, although that issue is not fully conceded. However, the defendants in this case should not be penalized monetarily, as they indeed have been and will be if plaintiff's motion is not withdrawn prior to argument, because of plaintiff's failure to conform his conduct to the explicit order of this Court.

SACK, SPECTOR AND KARSTEN, LLP • ATTORNEYS AT LAW
836 FARMINGTON AVE., SUITE 221• WEST HARTFORD, CT 06119-1544• (860) 233-8251 •JURIS NO. 52776

An affidavit of counsel, reflecting the calculation of incurred and projected attorneys' fees relating to Plaintiff's Motion, is submitted herewith as Exhibit C.

WHEREFORE, defendant respectfully requests his motion for sanctions be granted in the event plaintiff Dante DeLoreto fails or refuses to withdraw the pending Rule 60 motion.

> DEFENDANT, HOWARD SHAW
>
> BY _____
> Scott M. Karsten
> Federal Bar #ct05277
> Sack, Spector & Karsten
> 836 Farmington Avenue
> West Hartford, CT  06119
> His Attorney

- 4 -

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 4th day of December, 2003, to the following counsel of record and pro se party:

Jon L. Schoenhorn & Associates
97 Oak Street
Hartford, CT  06106

James Tallberg, Esquire
Updike, Kelly and Spellacy
One State Street
P.O. Box 231277
Hartford, CT  06123

Norman A. Pattis, Esquire
Williams & Pattis
51 Elm Street
New Haven, CT 06510

Mr. Dante DeLoreto
33 Maxwell Drive
Wethersfield, CT 06109

_____
Scott M. Karsten

SACK, SPECTOR AND KARSTEN, LLP • ATTORNEYS AT LAW
836 FARMINGTON AVE., SUITE 221• WEST HARTFORD, CT 06119-1544 • (860) 233-8251 • JURIS NO. 52776