UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC -8  P 12: 24

| | |
|---|---|
| DANTE DELORETO,<br>　　　　Plaintiff | CIVIL ACTION<br><br>NO: 3:00CV435 (JCH) |
| vs. | |
| THOMAS MITNEY & HOWARD SHAW<br>　　　　Defendants | December 5, 2003 |

### MOTION TO WITHDRAW APPEARANCE AS COUNSEL FOR PLAINTIFF

The undersigned counsel for the plaintiff Dante DeLoreto, hereby moves for permission to withdraw his appearance. In support hereof, the undersigned states as follows:

1. I filed my appearance as an associate attorney with the firm retained by the plaintiff.

2. As of January 2, 2004, I will no longer be employed by said firm as I am opening my own practice in Gales Ferry, Connecticut.

WHEREFORE, the undersigned requests that this motion be granted.

THE PLAINTIFF

BY: _____
T.J. Morelli-Wolfe
Fed. Bar No. ct22688
JON L. SCHOENHORN & ASSOC.
97 Oak Street
Hartford, CT 06106
Tel. (860) 278-3500

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed this 5th day of December, 2003 to the following:

James N. Tallberg, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT 06123

Scott Karsten, Esq.
Sack, Spector and Karsten, LLP
836 Farmington Avenue
West Hartford, CT 06119

T.J. Morelli-Wolfe