00cv435 withdraw

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 AUG 26 A 11: 28

US [illegible]

| | | |
|---|---|---|
| DANTE DELORETO, ET AL.<br>*Plaintiff*, | : | CIVIL ACTION |
| v. | : | NO. 3:00CV435 (JCH) |
| THOMAS MITNEY, HOWARD SHAW<br>AND KEVIN O'LEARY<br>*Defendants*. | : | NOVEMBER 25, 2003 |

**MOTION TO WITHDRAW**

Pursuant to Rule 15 of the Local Rules of Civil Procedure, the undersigned attorney hereby moves this Court for permission to withdraw from any further representation of the plaintiff, Dante DeLoreto, in the above-captioned matter. In support hereof, the undersigned states as follows:

1. The attorney-client relationship has broken down irretrievably, and there has been a lack of necessary communication between the plaintiff and counsel, so that the undersigned believes that he can not render effective assistance to said plaintiff.

2. The plaintiff recently filed a grievance with the federal panel against the undersigned, claiming he allowed the defendant's to introduce fraudulent testimony

3. The defendant has retained alternative counsel in the pending appeal in the Second Circuit.

WHEREFORE, the undersigned requests that this motion be granted.

THE PLAINTIFF - DANTE DELORETO

BY: /s/ Jon L. Schoenhorn
Jon L. Schoenhorn, Esq.
Federal Bar No. ct00119
JON L. SCHOENHORN & ASSOC.
97 Oak Street
Hartford, CT 06106
Tel. (860) 278-3500

*[Handwritten annotations in margins:]*
- 126
- Plaintiff shall file a pro se appearance by 12/29/03
- Janet C. Hall, USDJ 12/5/03
- MOTION GRANTED. SO ORDERED!
- JMS
- 2003 DEC -8 P 12:18