CT/cvmhrg (January 10, 2002)

HONORABLE **HALL**
DEPUTY CLERK **BOROSKEY**     RPTR/ERO/TAPE **B**

TOTAL TIME: ___ hours ___ minutes

DATE **11-20-03**     START TIME **11:45**     END TIME **11:55**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**DELORETO**
vs.
**MITNEY**

CIVIL NO. **3:00CV435JCH**

_____ **NONE**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL
**J. TALLBERG  SCOTT KARSTEN**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

**MOTION DOCUMENT NO.**

☑ ... # ___  Motion **RULE 60 —**  ☐ granted ☐ denied ☐ advisement
☐ ... # ___  Motion ___  ☐ granted ☐ denied ☐ advisement
☐ ... # ___  Motion ___  ☐ granted ☐ denied ☐ advisement
☐ ... # ___  Motion ___  ☐ granted ☐ denied ☐ advisement
☐ ... # ___  Motion ___  ☐ granted ☐ denied ☐ advisement
☐ ... # ___  Motion ___  ☐ granted ☐ denied ☐ advisement
☐ ... # ___  Motion ___  ☐ granted ☐ denied ☐ advisement
☐ ... Oral Motion ___  ☐ granted ☐ denied ☐ advisement
☐ ... Oral Motion ___  ☐ granted ☐ denied ☐ advisement
☐ ... Oral Motion ___  ☐ granted ☐ denied ☐ advisement
☐ ... Oral Motion ___  ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

☐ filed ☐ docketed (×10)

☑ ... ☑ Hearing continued until **NO DATE SET**