CTY/mhrg (January 10, 2002)

HONORABLE __HALL__
DEPUTY CLERK __BOROSKY__ (RPTR)/ERO/TAPE __FINKELSTEIN__

TOTAL TIME: ___ hours _10_ minutes

DATE _12-11-03_   START TIME _10:20_   END TIME _10:30_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

DELORETO

vs.

MITNEF

CIVIL NO. _3:00CV435JCH_
§
§
§
§
§

___NO SHOW___
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL
___S. KARSTEE___
Defendants Counsel
___J. TALLBERG___

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing  ☐ (confmhrg.) Confirmation Hearing  ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing  ☐ (evidhrg.) Evidentiary Hearing  ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing  ☐ (fairhrg.) Fairness Hearing  ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION
DOCUMENT NO.

☐ ... #123  Motion _FRCP R 60 MOTION_           ☐ granted  ☑ denied  ☐ advisement
☐ ... #125  Motion _FOR CONF_                   ☑ granted  ☐ denied  ☐ advisement
☐ ... #127  Motion _FOR SANCTION_               ☐ granted  ☑ denied w/o PREJ TO RENEW  ☐ advisement
☐ ... #___  Motion _____
☐ ... #___  Motion _____
☐ ... #___  Motion _____
☐ ... #___  Motion _____
         Oral Motion _____
         Oral Motion _____
         Oral Motion _____
         Oral Motion _____
         ☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____

         Hearing continued until _____ at _____