DeLoreto V Mitney                    300CV 435 (JcH)

Sanctions. Tallberg :   Motion FILED

1) Tallberg did not disclose the names of

the proper defendants in Case 300CV

435 (JCH) with good faith

2  Tallberg kept real quiet about his

relationship with Schoenhorn.

3  DeLoreto will go to the Second Circuit

about Tallberg

On the 17th Day of January 2004

Danto DeLoreto

2004 JAN 20 P 2: 31
US DISTRICT COURT
BRIDGEPORT CT

Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties of record

USDC
Bridgeport

Jim Tallberg
One State St
Hartford Ct

Jim Schoenhorn
89 Oak St
Hartford Ct

Scott Karsten
891 W Main
W Hartford Ct

On the 17th Day of January 2004

Damton Debre