DeLoreto V Mitney

300CV 435 (JCH)

Motion; Defendant, Lies by Tallberg
Tallberg Continues to lie, The Town of

FILED

2004 JAN 20 P 2:31

DISTRICT COURT
BRIDGEPORT CT

Wethersfields letter to DeLoreto states

Whapples was present during    300CV 435 (JCH)

Then Schoenhorn takes the case and the

defendant changes to Mitney. ?

DeLoreto was told by Schoenhorn, that

Tallberg and Schoenhorn represent each

other in legal Malpractice

Tallberg failed to Disclose Regan as

a defendant

On the 17th Day of January 2003

Dante DeLoreto

## Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties of record;

USDC
Bridgeport

Jim Tallburg
One State St
Hartford Ct

Jon Schoenhorn
97 Oak St
Hartford Ct

Scott Karsten
84? W Main St
W. Hartford Ct

On the 17th Day of January 2004