UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANTE DELORETO, ET AL : | | |
| Plaintiffs : | | |
| : | | |
| v. : | CIVIL ACTION NO. | |
| : | 3-00-cv-435 (JCH) | |
| THOMAS MITNEY, ET AL : | | |
| Defendants : | JANUARY 28, 2004 | |

### RULINGS [Dkt. Nos. 135 & 136]

The plaintiff has made a Motion [Dkt. No. 136] in this case. However, the court is unable to determine what relief the plaintiff seeks from the court. Rather, the "Motion" is a 4-numbered-paragraph recitation of various claims of the plaintiff concerning conduct by his prior counsel, and by opposing counsel, in this case. The court denies this Motion.

The plaintiff has filed another Motion [Dkt. No. 135] captioned "Sanctions: Tallberg: Motion." The plaintiff alleges in this Motion that "Tallberg [opposing counsel] did not disclose the names of the proper defendants in case No. 3-00-cv-435 (JCH)" in good faith. Further, plaintiff references the relationship between Tallberg and Schoenhorn (plaintiff's prior counsel). The plaintiff apparently believes that the wrong defendants were named in the case, or proceeded against at the trial. However, the court cannot comprehend how the defendant's counsel has an obligation to "disclose the names" of defendants. It is the plaintiff that names the defendants. Without further information from the plaintiff, the court cannot find a basis to grant sanctions against Attorney Tallberg.

**SO ORDERED.**

    Dated at Bridgeport, Connecticut this 28th day of January, 2004.


                                     /s/ Janet C. Hall
                                     Janet C. Hall
                                     United States District Judge