UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANTE DeLORETO | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-00-cv-435 (JCH) |
| | : | |
| THOMAS MITNEY, ET AL | : | FEBRUARY 2, 2004 |

### ORDER TO SHOW CAUSE

The plaintiff is ordered to show cause why the court should not grant the Motions for Sanctions filed by defendant Mitney (Dkt. No. 134) and defendant Shaw (Dkt. No. 127). Failure to file an opposition to and show cause by February 20, 2003 will likely result in the court granting said Motions for Sanctions.

**SO ORDERED.**

Dated this 2nd day of February, 2004 in Bridgeport, Connecticut.

    /s/ Janet C. Hall
    Janet C. Hall
    United States District Judge