RECEIVED
FEB 09 2004

Deforell Mithey

Motion; The Honorable; Janet C Hall

1. In case 300cv435 (JCH) Schoenhorn never mentions that the Criminal case is nolled.

2. Very Important

On the 7th Day of February 2004

[CC]    Dante DeLout

Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties of record

USDC
Bridgeport Ct

Jon Schoenhorn
97 Oak St
Hartford Ct          [CC]

Jim Tallberg
One State St
Hartford Ct

Scott Karsten
836 Farmington Av
W Hartford Ct

On the 18th Day of February 2004