Deberato VMitney          3:00CV-435 [JCH]

Crimal Case Nolled

Motion; Response to Sanctions [FILED MAR 15 2004]

1. Tallberg and his co defendants are not entitled to have sanctions put on plaintiff

2. Tallberg and his co defendants lied to Judge Hall and the Federal Court, and now Tallberg is trying to save himself and all the people he got to lie

3. Tallberg wants the Federal Court to automatically dismiss charges against the Wethersfield Police without filing an appearance

4. Judge Hall, sincerly Mitney lied to you Everyword was a lie

On the 6th Day of March 2004

33 Maxwell Dr
Wethersfield Ct 06109

Damte DeLore

## Certification

This is to certify a copy of the enclosed motion was mailed to the following parties of record:

OSDC
Bridgeport Ct

[JCH]

Scott Karsten
836 Farmington Av
W Hartford Ct


Jim Tallberg
One State St
Hartford Ct


On the 5th Day of March 2004

David Lee