Delorto V M Finney

FRCP 27 300CV 435 [JCH]

Criminal Case Nolled

Motion; Compel Inform **FILED**

2004 MAR 15 P 2: 09
U.S. DISTRICT COURT
BRIDGEPORT, CONN

I Your Honor, Judge Hall Plaintiff would like the lawyers in Case 300CV 435 [JCH] to explaint to the Federal Court that, why on December 11, 2000 Motion Modify Case Caption was made to Change Defendants about Fifteen months after the case was served by the MARSHALL See Exhibit [1] Attached

On the 5th Day of March 2004 Criminal Case Nolled

Dante

33 Mcnell Dr
With Ct core

Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT CLERK
BRIDGEPORT, CONN.
DEC 12  11 54 AM '00
FILED

| | | |
|---|---|---|
| DANTE DELORETO, ET AL<br>Plaintiff, | : | CIVIL ACTION NO. 3:00CV435 (SRU) |
| | : | |
| v. | : | |
| | : | |
| OFFICER WHIPPLE, ET AL.<br>Defendants. | : | DECEMBER 11, 2000 |

## MOTION TO MODIFY CASE CAPTION

The plaintiffs, by and through counsel, Jon L. Schoenhorn, move this court, pursuant to Federal Rules of Civil Procedure 7, 10, 17 and 25, to modify the caption of this case to reflect the substitution of parties in interest and the dismissal of certain original defendants.  In lieu of captioning this case <u>Dante DeLoreto, et al. v. Officer Whipple</u>, or <u>Dante DeLoreto v. Karangelis</u>, it should now reflect the caption "DeLoreto, et al v. Thomas Mitney, et al."

In support hereof, the plaintiff states that on or about October 18, 2000, the court granted his motion to amend the complaint, by substituting certain named defendants, including the first-named defendant and that the granting of this motion will avoid unnecessary confusion.

THE PLAINTIFFS,
DANTE DELORETO, ET AL

By _____
Jon L. Schoenhorn
His Attorney
97 Oak Street
Hartford, CT  06106
Telephone No. (860)  278-3500
Fed Bar No.: ct00119

*Motion Granted. Clerk to correct docket.*

*So Ordered.*

# Certification

This is to certify a copy of the enclosed motion was mailed to the following parties of record

OSDe
Bridgeport Ct

[ JCH ]

Scott Karsten
836 Farmington Ave
W Hartford Ct

Jim Tallberg
One State St
Hartford Ct

On the 5th Day of March 2004