Deloreto V Mitney

Criminal Case Nolled

Motion; Sworn Affidavit

300CV 435 [JCH]

**FILED**
2004 MAR 15 P 2:05
U.S. DISTRICT COURT
BRIDGEPORT, CONN

1. Judge Hall in case 300CV 435 [JCH] Whapples never made it to trial [name not released] because plaintiff thinks Whapples [Sunday february 28] is the rookie Officer who [Hartford Courant Northeast Section] Shot an Indivigual on the Berlin Turnpike in 1998 for banging on the hood of his cruiser!!!!

2. Judge Hall sincerly Mitney was never at my home on that morning in case 300CV 435 [JCH]

On the 6th Day of March 2004

33 Maxwell Dr
Wethersfield Ct 06109

Danto [signature]

# Certification

This is to certify a copy of the enclosed motion was mailed to the following parties of record.

USDC
Bridgeport Ct                    [JCH]

Scott Karsten
836 Farmington
W Hartford Ct

Jim Tallberg
One State St
Hartford Ct

On the 5th Day of March 2004

[signature]