Deloreto VS Stavola

300CV 535 [JCH]

00cv 535 reopen

FILED 2004 APR -8 P 2:11 U.S. DISTRICT COURT BRIDGEPORT, CONN.

Motion; Reopen Case

1. Plaintiff and his mother has had discussion with high ranking clerks [Mrs. Miller, Mr Dorsey] that in Case 300CV 535 [JCH] Jim Tallberg tampered with a clerck who was a witness in case 300CV 535 [JCH]

2. Mrs. Miller and Mr Dorsey Chief Clercks and my sister a head clerck combinded with what the Deloreto Family knows

3. Jim Tallberg and Stavola have been tampering with a, witness [JoAnn Matos]

On the 7th Day of April 2004

Dant Deloreto

## Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties of record

USDC
Bridgeport

Jim Tallberg
1 State St
Hartford Ct

On the 7th Day of April 2004

Dante [signature]