## SACK, SPECTOR AND KARSTEN, LLP
### ATTORNEYS AT LAW

836 FARMINGTON AVENUE, SUITE 221
WEST HARTFORD, CONNECTICUT 06119-1544

(860) 233-8251
FAX (860) 232-8736

FILED
2004 APR 29 P 2:40
U.S. DISTRICT COURT
BRIDGEPORT, CONN

RECEIVED
2004 APR 21 P 1:46
CHAMBERS OF JANET C. HALL
U.S. DISTRICT JUDGE

April 20, 2004

Honorable Janet C. Hall
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

Re:   Dante DeLoreto vs. Thomas Mitney, et al.
      Civ. No. 3:00CV435(JCH)

Dear Judge Hall:

According to the electronic docket entry of April 15, 2004, there has been filed in this case a "motion to reopen case", docket number 148. Please be advised that the undersigned has never received a copy of any such motion to reopen, at least not since the last so-called "motion to reopen" was argued. Your Honor will recall that, at that argument, Mr. DeLoreto failed to appear.

It is my understanding that there is no recognized basis upon which this case could or should be reopened at this time. However, to the extent plaintiff attempts to set forth any claimed such basis, defendant Shaw objects to the case being reopened. Further, in light of the history of this litigation and the currently pending appeal, this defendant respectfully requests that he not be required to respond further to plaintiff's motion docket number 148. The Court's consideration of this request is greatly appreciated.

Respectfully submitted,

Scott M. Karsten

SMK/amf
cc:   James N. Tallberg, Esquire
      Patrick G. Alair, Esquire
      Mr. Dante DeLoreto