Desforel V ?? Mitney                3:00CV435 [JCH]

## Motion; Initiate Investigation

1. Five Eights [5/8] plaintiffs [5] would be very grateful if the Federal Court would Initiate an Investigation into Whapples and Regan in Case 300CV435 [JCH]

2. Regan, Whapples and everybody Involved in Case 300CV435 [JCH] know about Regan

3. Regan an extremly <u>dwarfed</u> Indivigual is extremly reactive to his state of <u>Stature</u>

4. Regan has serious problems [Whapples]

5. Plaintiff has Information to relay to an Investigator only

On the 12th Day of May 2004
Dante Desforel

# Certification

This is to certify that a copy of the enclosed motion was mailed First Class to the following parties of record

USDC
Bridgeport Ct


Jim Tallberg
One State St
Hartford Ct


Scott Karsten
836 Farmington Ave
West Hartford Ct

On the 12th Day of May 2004

*Damt Rahore*