```
                                                              FILED
                                                       2004 JAN 16  P 1:00
                                                         US DISTRICT COURT
              UNITED STATES DISTRICT COURT               BRIDGEPORT CT
                  DISTRICT OF CONNECTICUT
```

DANTE DeLORETO,                           :    CIV. NO. 3:00CV435 (JCH)
    Plaintiff,                            :
                                          :
vs.                                       :
                                          :
THOMAS MITNEY, ET AL.,                    :    JANUARY 15, 2004
    Defendants.

## MOTION FOR SANCTIONS AND/OR A PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 11(c) (1) (A) and 26(c), defendant Thomas Mitney hereby moves for the imposition of monetary sanctions against plaintiff Dante DeLoreto, individually, for the pro-se filing of a purported Rule 60 motion that was scheduled for argument on December 11, 2003. In addition, as a result of the plaintiff's recent harassment and abuse of process, the undersigned seeks a protective order enjoining the plaintiff from filing any additional documents, pleadings, motions and/or lawsuits with the Court.

Defendant Mitney respectfully requests this Court award, as a minimum, a sanction in the sum of five hundred dollars ($500.00), payable to the Town of Wethersfield, Connecticut (the "Town"). Said amount represents a portion of the additional and unnecessary expense for attorneys' fees to be incurred by the Town in responding to the plaintiff's frivolous motion, and for attending the December 11, 2003 hearing, which the plaintiff failed to attend.

A memorandum and exhibits are submitted herewith in accordance with Local Rule 9(a) (1).

347043

---

*Handwritten annotations in margin:*

- "disk"
- "34"
- "Motion for Protective Order is denied. Plaintiff is counsel however that further filing of frivolous groundless pleading could be sanctioned. Janet C. Hall 6/4/04"