146

Deloreto V Mitney

Criminal Case Nolled

Motion; Compel Information

**FILED**
00cv435mcomp

1. Your Honor, Judge Hall, Plaintiff tms

2004 MAR 15 P 2:09
U.S. DISTRICT COURT
BRIDGEPORT, CONN

would like the lawyers in Case 300cv 435 [JCH] to explaint to the Federal Court that why on December 7/7/2000 Motion: Modify Case Caption was made to Change Defendants about Fifteen months after the Case was served by the MARSHALL See Exhibit [1] Attached On the 5th Day of March 2004 Criminal Case Nolled

Danto

**FILED**
2004 JUN 4 P 2:21
U.S. DISTRICT COURT
BRIDGEPORT, CT

Motion denied. The case is closed. /s/ Janet Hall 6/4/04

33 Maxwell Dr
West Groton