DeLoreto V Stavola                    300 CV 435 [JCH]
                                       00cv435 mopen

148   Motion; Reopen Case

1   Plaintiff and his mother has discussion with high ranking clerks [Mrs. Miller, Mr Dorsey] that in case 300CV 535 [JCH] Jim Tallberg tampered with a clerck who was a witness in case 300CV 535 [JCH]

2   Mrs. Miller and Mr Dorsey chief clercks and my sister a head clerck corroborated with what the Deloreto family knows

3   Jim Tallberg and Stavola have been tampering with a witness [JoAnn Matos]

On the 7th Day of April 2004

Dant Deloret

*[margin: So Ordered Janet Hall USDJ 6/4/04]*
*[margin: Motion to Reopen denied]*
*[stamps: FILED 2004 APR -8, 2004 JUN -4 PM 2:21, U.S. DISTRICT COURT BRIDGEPORT, CONN.]*