DeLoreto V ?? Mitney        300CV 435 [JCH]
                            00cv435 mot

Motion; Initiate Investigation

1. Five Eights [5/8] plaintiffs [5] would be very grateful if the Federal Court would Initiate an Investigation into Whapples and Regan in Case 300CV435 [JCH]

2. Regan, Whapples and everybody Involved in Case 300CV435 [JCH] know about Regan

3. Regan an extremly dwarfed Indivigual is extremly reactive to his state of stature

4. Regan has serious problems [Whapples]

5. Plaintiff has Information to relay to an Investigator only

On the 12th Day of May 2004

*Motion denied, Case is closed.*