DeLoreto V Whapples

300CV435 [JCH]

Motion: Reopen Case

1. Judge Hall, please correct Plaintiff Immediatly If you disagree
2. Plaintiff files Affidavit naming Whapples
3. A, U.S Marshall serves Whapples personally
4. Marshall [Russ.S] completes service return
5. Town of Wethersfield hires Jim Tallberg a hotshot lawyer who knows the law better than anybody
6. And the plaintiff ~~also~~ and Federal Court never hear from Whapples again

On the 20th Day of October 2004

Dante DeLoreto
33 Maxwell Dr
Wethersfield Ct 06109   [860]563-7686

*Dante DeLoreto* (signature)

# Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties of record

Jim Tallberg          + Jon Schoenhorn
One State St            97 Oak St
Hartford Ct             Hartford Ct

United States District Court
975 Lafayette Blvd
Bridgeport Ct

On the 20th Day of October 2004

*[signature]*

Dante DeLoreto